"Document Electronically Filed"

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD F. MANNO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER J. CHRISTIE,<br>United States Attorney,<br>MATTHEW SMITH, Assistant<br>United States Attorney,<br>JOSEPH L. GILSON, Special<br>Agent, Federal Bureau of<br>Investigation, and JOHN DOES<br>1-5,<br><br>　　　　　Defendants. | HONORABLE ROBERT B. KUGLER<br><br><br>Civil Action No. 08-3254<br><br><br><br><br><br><br><br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated by the parties, through their respective attorneys, that this action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice to plaintiff's claim under the Fifth Amendment, and without prejudice to the possible assertion by plaintiff at a later time of a claim of Fourth Amendment violation based on putative lack of probable cause for issuance of the underlying search warrant.

LOUGHRY and LINDSAY, LLC

By: JUSTIN T. LOUGHRY, ESQ.

7-2-01

RALPH J. MARRA, JR.
Acting United States Attorney

By: PAUL A. BLAINE
Assistant U.S. Attorney